IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Received

RICHARD W. NAGEL
CLERK OF COURT

FEB 10 2025 2:32 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

Queen Charlotte Franklin
(Enter Above the Name of the Plaintiff in this Action)

vs.

Albert House Crisis
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Chillicothe Correction - Ross
_____
Mrs. Thomas Webb
S.M.V. of OH.

1:25CV078

J. COLE

M.J. LITKOVITZ

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Queen Charlotte L. Franklin
Name - Full Name Please - PRINT

1574 Pleasant Run Dr. #3
Street Address

Cin'ti, Ohio. 45240
City, State and Zip Code

513-466-4906
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _Albert House Cresie_ #456-041
Name - Full Name Please
_3009 Burnet Ave. - Cinti, OH. 45219_
Address: Street, City, State and Zip Code

2. _Chillicothe Correctional Inst. - Ross_
_P.O. Box 5500 - Chillicothe, OH. 45601_

3. _N.A.A.C.P._
_3494 Reading Rd. - Cintz, Ohio 45229_

4. _Mrs. Thomas Walsh_
_55 Paul Hesser Dr. - Fort Mitchell, Ky. 41017_

5. _B.M.V. of Ohio_
_10948 Hamilton Ave. - Cinti. Ohio 45240_

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

[X] Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

[X] Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

[X] Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

[X] Title _____ United States Code, Section _____
  [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.



D.M.V. can check the date of my first ticket coming home from Dr. Williams place of business. I am coming up Hinton Rd. the cop was coming down and turned around and gave me a ticket for he said I was speeding. That's when all Hell broke loose for me. I went from behind bars until right now. The Lord says enough is enough. I agree. Mr. Mrs. Bell had me go in + tell Country Club + tell their family + go + ask forgiveness to the children but they lied on me at home and caused Mr. + Mrs. Bell to tell me everything that happened. One Sunday I had to break out of the Crisis Center to go on Fountain Square to praise the Lord because they said I couldn't do. No one stops me from worshiping the Almighty Lord Jesus. I don't know where people think they come from, they don't have to answer to the Heavenly Father or Jesus I do and I am going too. This is our Father's land not Trump's and we didn't elect him!

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                         Caption

_____         _____ vs. _____

_____         _____ vs. _____

_____         _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Praise the Heavenly Father and His son Jesus Christ if you want to live and be Bless. Help one another, pray for each other, use the LOVE we were given.

Asking 700 Billions.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 10 day of Feb, 20 25.

Queen Charlotte Frankin
Signature of Plaintiff

-4-