AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| QUEEN CHARLOTTE FRANKLIN,<br>*Plaintiff*<br>TALBERT HOUSE CRISIS, et al.,<br>*Defendant* | )<br>)<br>) Civil Action No. 1:25-cv-78<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court ADOPTS the R&R (Doc. 5) in full, OVERRULES Franklin's Objection (Doc. 6), and DISMISSES the Complaint (Doc. 4) WITH PREJUDICE because it is frivolous and fails to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole.

Date: 4/11/25

CLERK OF COURT

*Melissa Saddler*
Signature of Clerk or Deputy Clerk