UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Sep 26, 2025
KELLY L. STEPHENS, Clerk

No. 25-3575

QUEEN CHARLOTTE FRANKLIN,

    Plaintiff-Appellant,

v.

TALBERT HOUSE, et al.,

    Defendants-Appellees.

Before:  STRANCH, READLER, and MATHIS, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk